Mrs. Lillian WILHELM, Individually, etc., et al., Movants, v. John C. WILHELM et al., Opposed.

Court of Appeals of Kentucky.

Nov. 8, 1939.

Leslie W. Morris and Marion Rider for movant.

Strother Kiser, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

Odis HARROD, Appellant, v. COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Dec. 1, 1939.

W. Clarke Otte and J. Rivers Wright for appellant.

Hubert Meredith, Attorney General, and Wm. F. Neill, Assistant Attorney General, for appellee.

PER CURIAM.

Appeal dismissed upon authority of Section 348, Criminal Code of Practice, and Gilbert v. Commonwealth, 265 Ky. 154, 95 S. W. (2d) 1118; Elkin v. Commonwealth, 269 Ky. 6, 106 S. W. (2d) 83.

MASSACHUSETTS BONDING & INSURANCE COMPANY, a Corporation, Movant, v. Louise H. DODGE (now Louise Duncan) et al., Opposed.

Court of Appeals of Kentucky.

Nov. 28, 1939.

Thomas F. Manby for movant.

H. Elliott Netherton, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.